*Barth et al., Respondents, v. Am. Pension Servs., Inc., Petitioner*, No. 92124-5. Petition for review of a decision of the Court of Appeals, No. 72049-0-I, August 3, 2015, 189 Wn. App. 1018. *Denied* January 6, 2016.

*State, Petitioner, v. Aldridge, Respondent*, No. 92129-6. Petition for review of a decision of the Court of Appeals, No. 71313-2-I, May 11, 2015, 187 Wn. App. 1026. *Denied* January 6, 2016.

*State, Respondent, v. Talaga, Petitioner*, No. 92134-2. Petition for review of a decision of the Court of Appeals, No. 71447-3-I, July 27, 2015, 189 Wn. App. 1004. *Denied* January 6, 2016.

*Bavand, Petitioner, v. Chase Home Fin. et al., Respondents*, No. 92135-1. Petition for review of a decision of the Court of Appeals, No. 71724-3-I, July 20, 2015, 188 Wn. App. 1058. *Denied* January 6, 2016.

*State, Respondent, v. Starrish, Petitioner*, No. 92138-5. Petition for review of a decision of the Court of Appeals, No. 71519-4-I, July 27, 2015, 189 Wn. App. 1004. *Denied* January 6, 2016.

*State, Respondent, v. Mitchell, Petitioner*, No. 92139-3. Petition for review of a decision of the Court of Appeals, No. 72222-1-I, June 29, 2015, 188 Wn. App. 1034. *Denied* January 6, 2016.

*State, Respondent, v. Brown, Petitioner*, No. 92141-5. Petition for review of a decision of the Court of Appeals, No. 70148-7-I, July 27, 2015, 189 Wn. App. 1002. *Denied* January 6, 2016.

*State, Respondent, v. Navarro, Petitioner*, No. 92144-0. Petition for review of a decision of the Court of Appeals, No. 71126-1-I, June 29, 2015, 188 Wn. App. 550. *Denied* January 6, 2016.